# CRIMINAL DOCKET

Southern District of Texas                    **CRIMINAL NO. 4:18cr379**
Transfer from Eastern District of Texas

Date Filed: 7/9/2018                          Judge  Alfred Bennett

**United States of America**                                        AUSA

*versus*

Raymundo Pantoja

Charge(s):   Ct. 1: Importing/Manufacturing Firearm

Penalty:     Sentence to 2 years   probation,. 10,000 fine, $100. Special Assessment